THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ADOLPH ENGLERT, Appellant.

Argued April 18, 1940; decided May 21, 1940.

*Jeremiah Hinden* for appellant.

No appearance for respondent.

Judgments reversed and information dismissed on the ground that no offense has been charged or proved. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.